THE STATE EX REL. BRAY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Bray v. Indus. Comm.,*
101 Ohio St.3d 203, 2004-Ohio-709.]

(No. 2003–1222—Submitted January 12, 2004—Decided March 3, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, J., dissents, would reverse, and would order relief pursuant to *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

F.E. SWEENEY and PFEIFER, JJ., dissent, would reverse, and would order relief pursuant to *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

Harris & Burgin, L.P.A., and Andrea L. Burns, for appellant.

Jim Petro, Attorney General, and Phil Wright Jr., Assistant Attorney General, for appellee Industrial Commission.

Michael K. Allen, Hamilton County Prosecuting Attorney, Thomas E. Deye and Susan Marie Gertz, Assistant Prosecuting Attorneys, for appellee Simon L. Leis Jr.